# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CRIMINAL MOTION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

HOWARD PINDYCK, ET. AL.,

Defendants.

**COURT MINUTES**
BEFORE: John R. Tunheim
U.S. District Judge

| | |
|---|---|
| Case No: | 02-295 (JRT/FLN) |
| Date: | June 23, 2005 |
| Court Reporter: | Kristine Mousseau |
| Time Commenced: | 1:50 p.m. |
| Time Concluded: | 2:05 p.m. |
| Time in Court: | 15 minutes |

## APPEARANCES:

Plaintiff: John R. Marti and Erica MacDonald, Assistant U.S. Attorneys

Defendant: Kevin Short for Defendant Pindyck
Dan Gerdts for Defendant Bruno
Peter Wold and Aaron Morrison for Defendant Czichray
Thomas Kelly for Defendant Evangelist

**PROCEEDINGS:**

Status Conference held. Scheduling issues discussed. Defendants to submit briefing by July 18, 2005 with the Government's responsive pleading to be filed by July 25, 2005 with a reply to be filed by August 1, 2005. February 8, 2006 is set as a tentative trial date.

s/Sarah E. Bagwell
Signature of Calendar Clerk