UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 02-295(JRT/FLN)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>HOWARD PINDYCK, ET AL.,<br>Defendant. | ) | REASSIGNMENT OF CRIMINAL CASE |

The following criminal case has been reassigned as follows:

Criminal No.

02-295(JRT/FLN)

Defendant Name

Howard Pindyck

Add AUSA

Erica H. MacDonald

Dated: June 24, 2005

THOMAS B. HEFFELFINGER
United States Attorney

s/Erica H. MacDonald
BY: ERICA H. MACDONALD
Assistant U.S. Attorney