# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## PLEA HEARING

UNITED STATES OF AMERICA,
Plaintiff,

v.

Leonard Evangelist (3)
Defendant.

**COURT MINUTES - CRIMINAL**

Case No: 02-295 (3) (JRT)
Date: June 14, 2006
Court Reporter: Kristine Mousseau
Time Commenced: 3:00 pm
Time Concluded: 3:25 pm
Time in Court: 0 Hours & 25 Minutes

Before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

For Plaintiff: John Marti
For Defendant: Thomas Kelly 9 FPD 9 CJA 9 Retained : Appointed

PROCEEDINGS:

9 **Arraignment** on 9 Information, 9 Indictment
: **Change of Plea Hearing.**
9 **Initial Appearance.**
9 Indictment waived.
9 Defendant withdraws plea of as to Count(s):

: PLEA:
: Guilty as to Count(s): 1
9 "Nolo Contendere" as to Count(s):
9 Defendant admits allegations in the Information.

: Defendant advised of rights.
: Presentence Investigation and Report requested.
: Bond continued.

s/Jennifer Beck
Calendar Clerk

M:\templates\Plea.wpt

Form Modified: 06/06/06