UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
02-295 (04) (JRT/RLE)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEONARD EVANGELIST,<br><br>Defendants. | POSITION OF THE PARTIES WITH RESPECT TO SENTENCING FACTORS |

The United States of America submits its position with respect to sentencing. The United States accepts the factual statements as set forth in the presentence report, and the guideline calculations, to the extent the guideline calculation provides for a 2 level reduction for acceptance of responsibility.

Defendant Evangelist is the least culpable of the four defendants indicted in this case. However, Evangelist was the treating chiropractor for a government cooperating witness. While purportedly providing treatment to the CW, Evangelist and his co-conspirators submitted claims to the CW's insurance for treatment that was not provided and for medically unnecessary treatment. Evangelist had the CW sign patient sign-in sheets for dates when the CW did not appear. Later on, Evangelist repeated his fraudulent conduct for the CW's wife. Evangelist instructed the CW to lie to insurance companies if questioned. Evangelist has agreed to the loss figure determined by an audit conducted by

an independent auditor, Eide Bailly. As a result of his agreement, this Court and the United States avoid the cost of a lengthy evidentiary hearing for his case.

Because Evangelist is the least culpable of the defendants, and operated under the supervision and direction of the other defendants, the United States recommends that Evangelist be sentenced below that of the other defendants.

Dated: 9/21/06

Respectfully submitted,

RACHEL K. PAULOSE
United States Attorney

*s/ John R. Marti*

BY: JOHN R. MARTI
Assistant U.S. Attorney