# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | **COURT MINUTES - CRIMINAL** |
| v. | ) | Case No: 02-295(4) JRT/RLE |
| | ) | Date: 1/5/07 |
| | ) | Court Reporter: Kristine Mousseau |
| Leonard Evangelist (4), Defendant. | ) | Time Commenced: 4:44 p.m. |
| | ) | Time Concluded: 5:10 p.m. |
| | ) | Time in Court: 26 Minutes |

Before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

For Plaintiff: John Marti and FBI Agent Todd Thompson
For Defendant: Thomas Kelly 9 FPD : CJA 9 Retained 9 Appointed

: **Sentencing.**

IT IS ORDERED:

Defendant is sentenced to:

| Count. No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1s of the superseding indictment | Guilty | | | | | 3 years with 30 days of home detention | |

Said terms to run 9 concurrently 9 consecutively

: Special conditions of : **See J&C for special conditions**

: Defendant sentenced to pay:
: Restitution in the amount of $226,678.00 jointly and severally.
: Special assessment in the amount of $100.00 to be paid.
: Plea and plea agreement accepted.
: Defendant released under the terms, conditions and supervision of Probation.
: On Motion of the Gov't., the indictment in is dismissed as to this defendant only.
: Motion for departure is : granted 9 denied.

s/LPH
Calendar Clerk